**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Eddie M. Herrera v. The State of Texas

Appellate case number:   01-16-00403-CR

Trial court case number: 1454506

Trial court:             183rd District Court of Harris County

The trial court appointed Juan M. Contreras as counsel on appeal for appellant. Nicole DeBorde has filed a notice of appearance, stating she is counsel of record for appellant. Now, DeBorde has tendered appellant's brief.

This Court has not been notified by a motion complying with Rule 6.5(d) that appointed counsel, Juan M. Contreras, has withdrawn and that DeBorde is substituting for withdrawing counsel. *See* TEX. R. APP. P. 6.5(d). Accordingly, we direct DeBorde to file a motion to substitute in compliance with Rule 6.5(d) within 10 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown _____

☑ Acting individually     ☐ Acting for the Court

Date: October 27, 2016 _____